1  Daniel Lickel (SBN 224510)
   Rooney & Lickel
   1102 Cesar Chavez Parkway
2  San Diego, CA 92113
   Phone: (858) 952-1033
3  Fax: (619) 546-0792

4  Attorneys for Plaintiff JONATHAN REED

THE ORIGINAL OF THIS DOCUMENT
WAS RECORDED ON MAR 01, 2011
DOCUMENT NUMBER 2011-0111692
Ernest J. Dronenburg, Jr., COUNTY RECORDER
SAN DIEGO COUNTY RECORDER'S OFFICE
TIME: 8:17 AM

10  _____
    (Space Above This Line For County Recorder's Use)

12  UNITED STATES FEDERAL DISTRICT COURT

13  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Edward Reed, | FEDERAL CASE NO. 3:11-CV-0371 BEN WMC |
| Plaintiff, | |
| vs. | CAL SUPERIOR COURT CASE NO. 37-2011-00085199-CU-OR-CTL |
| Val-Chris Investments, Inc., a California Corporation; Rene Conte, an individual, doing business as G&R Financial Services; Greg Conte, an individual doing business as G&R Financial Services; Advance Inheritance, LLC, a Delaware limited liability company; Marion Lawrence, an individual; James Leestma, an individual; Craig Lanser, an individual; Ress Financial Corporation, a California corporation; and DOES 1-100, inclusive, | NOTICE OF PENDING OF ACTION AFFECTING TITLE TO REAL PROPERTY LOCATED AT 6432 RADIO DRIVE, SAN DIEGO, CA. 92114 (CCP §405.20); DECLARATION OF SERVICE |
| Defendants. | |

1  Notice is given that the above-entitled action was filed in the above-entitled court
2  on February 4, 2011 by JONATHAN EDWARD REED, Plaintiff, against Val-Chris Investments,
3  Inc., a California Corporation; Rene Conte, an individual, doing business as G&R Financial
4  Services; Greg Conte, an individual doing business as G&R Financial Services; Advance
5  Inheritance, LLC, a Delaware limited liability company; Marion Lawrence, an individual; James
6  Leestma, an individual; Craig Lanser, an individual; Ress Financial Corporation, a California
7  corporation; and DOES 1-100, inclusive. The action affects title to specific real property or the right
8  to possession of specific real property or other equitable interest in real property identified in the
9  Complaint.

10  The specific real property affected by the action is located in San Diego County,
11  California, and is described as follows:

12  Commonly known as 6432 Radio Drive, San Diego, Ca. 92114 ("Subject
13  Residence") belonging to Plaintiff Jonathan Reed and more formally
14  described with the following legal description as "Lots 81 and 82 of
15  Highdale Addition to Encanto Heights, in the City of San Diego, County of
16  San Diego, State of California, according to map thereof no. 1176, filed in
17  the office of the County Recorder of San Diego, April 30, 1909."

18
19  Dated: __2/28/2011_____      ROONEY & LICKEL, ATTORNEYS AT LAW
20
21
22
23  By: ___/s/ DANIEL LICKEL_____
    DANIEL LICKEL, Attorneys for Plaintiff Jonathan Reed
24  Rooney & Lickel, Attorneys at Law
    1102 Cesar Chavez Parkway
25  San Diego, CA 92113
    Phone: (858) 952-1033
26  Fax: (619) 546-0792
27
28

## DECLARATION OF DANIEL REGARDING PROOF OF SERVICE

1. I am attorney of record for the Plaintiffs in this matter. I am licensed to practice law in the State of California and before this Court. I have personal knowledge of the matters set forth below and if called as a witness could and would testify competently thereto.

2. On February 28, 2011, prior to the recording of this notice of pending action, I delivered to the U.S. Postal Service envelops containing this notice to be mailed by U.S. Certified mail, return receipt requested to the following parties addressed as follows:

   a. JAMES LEETSMA (Individual Defendant), ADVANCE INHERITANCE LLC, 7301 TOPANGA CYN BLVD. #202, CANOGA PARK, CA 91307 with phone number (818)407-5070.

   b. NOEL BLANKMAN, Agent for Service of Process of Advance Inheritance LLC (Entity Defendant) 2.717 Prairie Street, Chatsworth CA 91311;

   c. GREG CONTE (Individual Defendant), G & R FINANCIAL SERVICES, 9800 D TOPANGA CYN BLVD. #191, CHATSWORTH, CA 91311 with Phone number (818)390-7910;

   d. RENE CONTE (Individual Defendant), G & R FINANCIAL SERVICES, 9800 D TOPANGA CYN BLVD. #191, CHATSWORTH, CA 91311 with phone number (818)390-7910.

   e. LAWRENCE MARION (Individual Defendant), 44897 NORTH EL MACERO DR., EL MACERO, CA 95618, with phone numbers: 530-756-7820 and 530-304-2039;

   f. CHRIS BOULTER Agent for service of Process of VAL-CHRIS INVESTMENTS, INC. (Entity Defendant), 2601 MAIN STREET, SUITE 280, IRVINE, CA 92614 with phone number (949)252-8020.

   g. Bruce Beasley, Agent for Service of Process of RESS FINANCIAL CORP (Entity Defendant), 1780 TOWN & COUNTRY DR., SUITE 105, NORCO, CA 92860 with phone number (951)270-0164.

   h. Christina Geraci, Geraci Law Firm, Attorney for Defendants Marion, Val Chris Investments, Inc. and Ress Financial Corporation, 2302 Martin, Suite 410, Irvine, CA 92612

1  with phone number (949) 379-2600 and facsimile number (949) 379-2610.

2          i.     San Diego County Treasurer Tax Collector, 1600 Pacific Highway, Room 162, San Diego CA 92101-2475

4          j.     Jonathan Reed, 6432 RADIO DRIVE, SAN DIEGO, CA. 92114.

5      3.    The envelops were delivered postage prepaid and mailed in the City of San Diego and the County of San Diego, California.

7  I declare under penalty of perjury that the foregoing is true and correct. This declaration was Executed at San Diego California, on February 28, 2011.

                                        /S/ Daniel Lickel

                                        DANIEL LICKEL