# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JONATHAN EDWARD REED, | CASE NO. 11cv371 BEN (WMC) |
|---|---|
| Plaintiff, | **ORDER EXTENDING TRO** |
| vs. | |
| VAL-CHRIS INVESTMENTS, INC., et al., | |
| Defendants. | |

On February 28, 2011, pursuant to 28 U.S.C. §1450, the Court confirmed a temporary restraining order issued by the state court prior to Defendants' removal of the case to this Court and ordered Defendants to show cause why a preliminary injunction should not issue. Section 1450 provides that "[a]ll injunctions, orders, and other proceedings had in such action prior to its removal shall remain in full force and effect until dissolved or modified by the district court."

The parties have briefed Plaintiff's request for a preliminary injunction and Defendants' motions to dismiss. Those motions remain under submission before the Court. However, the state court's TRO states "the temporary restraining order shall expire on Thursday, May 26, 2011 at 1:30 p.m." To maintain the status quo while considering the parties' briefing, the Court orders the TRO remain in effect until the Court issues a ruling on Plaintiff's request for a preliminary injunction.

**IT IS SO ORDERED.**

DATED: May 31, 2011

Hon. Roger T. Benitez
United States District Judge

- 1 -                                                                                   11cv371